IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SOUTHERN NURSERIES, INC. and TERRY FLATT, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) NO. 3:19-cv-00665 ) JUDGE RICHARDSON ) |
| TENNESSEE NURSERY AND LANDSCAPE SUPPLY LLC and JOHNATHAN JEFFERS, | ) ) ) ) |
| Defendants. | ) ) ) |

**ORDER**

The parties have filed a Joint Stipulation of Dismissal with Prejudice (Doc. No. 41). Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the Stipulation of Dismissal sufficed to dismiss this action without any action on the part of the Court. Because the parties have stated that the dismissal is with prejudice, the dismissal in fact is with prejudice.

Accordingly, the Court acknowledges that all claims in this action have been **DISMISSED** with prejudice, and the Clerk is directed to close the file. This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE